# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

JOE H BANDY,                                                                     Civil No. 12-2085 (JRT/LIB)

                          Plaintiffs,

v.                                                                     **ORDER ADOPTING REPORT
                                                                   AND RECOMMENDATION**

HENNEPIN COUNTY ADULT
DETENTION CENTER, COUNTY OF
REDWOOD HUMAN SERVICES,
SANDRA MANN,

                          Defendants,

_____

      Joe Bandy, #125257, MCF, 7525 Fourth Avenue, Lino Lakes, MN 55014, pro se plaintiff.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, dated October 12, 2012 [Docket No. 5]. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Complaint [Docket No. 1] is **DISMISSED** without prejudice, for failure to comply with this Court's Order of August 31, 2012, and lack of prosecution**.**

Dated: November 13, 2012
at Minneapolis, Minnesota                                      s/John R. Tunheim
                                                                   JOHN R. TUNHEIM
                                                            United States District Judge